IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM RILEY | ) | |
| | ) | |
| v. | ) | NO. 3:20-0799 |
| | ) | Crenshaw/Holmes |
| GREYHOUND LINES, INC. | ) | |

**O R D E R**

By the initial case management order entered November 4, 2020, Docket Entry No. 15, a subsequent case management conference by telephone has been scheduled for April 20, 2021, at 2:00 p.m. to address: status of discovery (including any known or anticipated discovery dispute); prospect for settlement (including propriety of ADR); and, any other appropriate matters.

Due to a conflict in the Court's calendar, the telephone case management conference is RESCHEDULED to **Thursday, May 27, 2021, at 10:00 a.m.**[1] using the Court's conference line at 1-877-402-9753, access code 3808663#.[2] All other deadlines previously imposed remain in full force and effect.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If this date and time present an unresolvable conflict for counsel, they may contact the Courtroom Deputy, Ms. Jeanne Cox, at 615-736-5164 or Jeanne_W_Cox@tnmd.uscourts.gov for additional dates for rescheduling to a mutually agreeable date and time available on the Court's calendar.

[2] Participants may hear music until the undersigned Magistrate Judge joins the call as host. If the participants experience any technical difficulties, they should contact chambers at 615-736-5164 for further instructions.